STEVEN G. SKLAVER (237612)
KALPANA SRINIVASAN (237460)
AMANDA BONN (270891)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Fax: (310) 789-3150
Email: ssklaver@susmangodfrey.com
Email: ksrinivasan@susmangodfrey.com
Email: abonn@susmangodfrey.com

*Attorneys for Defendant Alta-Dena Certified Dairy, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| STEVEN M. IKEDA, MICHAEL MILLER, DAVID PETERSON, BENJAMIN ZENDEJAS and ARMANDO FELIX, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALTA-DENA CERTIFIED DAIRY, LLC, a Delaware Limited Liability Company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 12-CV-03034 R (FFMx)<br><br>**CLASS ACTION**<br><br>**ORDER DENYING PLAINTIFFS' MOTION TO REMAND**<br><br>Date: June 4, 2012<br>Time: 10:00 a.m.<br>Place: Courtroom of the<br>      Hon. Manuel L. Real<br>      Courtroom 8 - 2nd Floor |

2298087v1/012862

Plaintiffs' Motion to Remand came on for hearing on June 4, 2012. Having considered the papers submitted by the parties as well as oral argument, and for good cause shown, Plaintiffs' Motion to Remand is DENIED.

In calculating the amount in controversy, the claims of multiple plaintiffs are properly aggregated where such claims are derived from rights that they hold "in group status." *Eagle v. Am. Tel. & Tel. Co.*, 769 F.2d 541, 546 (9th Cir. 1985). A PAGA action is a claim held by the group and thus is considered a common and undivided interest. The reasoning for this is because a PAGA action "functions as a substitute for an action brought by the government itself . . . ." *Arias v. Superior Court*, 46 Cal.4th 969, 986 (2009). "[T]he amount-in-controversy in a PAGA claim is predicated on the total amount of the civil penalties sought by the aggrieved employees." *Urbino v. Orkin Servs. of California, Inc.*, - - - F. Supp. 2d - - - , No. 11-cv-06456-CJD(PJWx), 2011 WL 4595249, at *9 (C.D. Cal. Oct. 5, 2011). Thus, PAGA claims represent an exception to the anti-aggregation rule. *Thomas v. Aetna Health of California*, No. 10-cv-01906-AWI-SKO, 2011 WL 2173715, at *19 (E.D. Cal. June 2, 2011).

Here, it is clear that the aggregate amount in controversy exceeds $75,000. Defendant submits a declaration stating that 276 drivers fall within Plaintiffs' class definition as stated in the First Amended Complaint. For removal jurisdiction purposes, even assuming only one violation per employee arising from the missed meal breaks, missed rest breaks, and inaccurate wage statements, the amount in controversy would equal $120,150 and the potential total amount could be much higher. Thus, Defendant has carried its burden in demonstrating that the amount in

2298087v1/012862

controversy exceeds the $75,000 requirement and diversity jurisdiction exists. Therefore, Plaintiffs' remand motion is DENIED.

**IT IS SO ORDERED**

Dated: _June 12, 2012.

                                    MANUEL R. REAL
                            UNITED STATES DISTRICT JUDGE

Respectfully submitted,

STEVEN G. SKLAVER
KALPANA SRINIVASAN
AMANDA BONN
SUSMAN GODFREY L.L.P.


By: /s/ Amanda Bonn
       Amanda Bonn
Attorneys for Defendant
Alta-Dena Certified Dairy, LLC

2

2298087v1/012862