1  STEVEN G. SKLAVER (237612)
   KALPANA SRINIVASAN (237460)
2  AMANDA BONN (270891)
   SUSMAN GODFREY L.L.P.
3  1901 Avenue of the Stars, Suite 950
   Los Angeles, CA 90067-6029
4  Telephone: (310) 789-3100
   Fax: (310) 789-3150
5  Email: ssklaver@susmangodfrey.com
   Email: ksrinivasan@susmangodfrey.com
6  Email: abonn@susmangodfrey.com

7  *Attorneys for Defendant*
   *Alta-Dena Certified Dairy, LLC*
8

9
10                    **UNITED STATES DISTRICT COURT**
11                    **CENTRAL DISTRICT OF CALIFORNIA**
12                              **WESTERN DIVISION**
13

| | |
|---|---|
| STEVEN M. IKEDA, MICHAEL MILLER, DAVID PETERSON, BENJAMIN ZENDEJAS and ARMANDO FELIX, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>ALTA-DENA CERTIFIED DAIRY, LLC, a Delaware Limited Liability Company; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 12-cv-03034 R (FFMx)<br><br>**CLASS ACTION**<br><br>**JUDGMENT** |

2349526v1/012862

Pursuant to the Court's Order entered on July 13, 2012 (Dkt. No. 34), dismissing Plaintiffs' First Amended Complaint with prejudice, and good cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that defendant Alta-Dena Certified Dairy, LLC shall have judgment against plaintiffs Steven M. Ikeda, Michael Miller, David Peterson, Benjamin Zendejas and Armando Felix on all claims, plaintiffs shall take nothing by their complaint, and defendant Alta-Dena Certified Dairy, LLC shall recover costs from plaintiffs, who shall be jointly and severally liable for such costs, as permitted by Rule 54(d)(1) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED**

Dated: July 27, 2012.

                    MANUEL R. REAL
            UNITED STATES DISTRICT JUDGE

Respectfully submitted,

STEVEN G. SKLAVER
KALPANA SRINIVASAN
AMANDA BONN
SUSMAN GODFREY L.L.P.

By: /s/ Amanda Bonn
      Amanda Bonn
Attorneys for Defendant
Alta-Dena Certified Dairy, LLC